FILED
FEB 1 6 2017
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | PO-17-5056-M-JCL |
| --- | --- |
| Plaintiff, | CVB VIOLATION NO: F4871927 |
| vs. | |
| ANGELA G. DOSS, | JUDGMENT AND SENTENCE |
| Defendant. | |

Defendant appeared before the Court on January 5, 2017, on her arraignment on the above-referenced violation notices charging her with 36 CFR 261.10(e), Abandoning any personal property, a Class B misdemeanor. The Court advised Defendant of the charge, her rights relative to that charge, and the possible penalties. She stated she understood, and she entered a plea of no contest to the charges. The Court accepted her plea.

**THEREFORE, IT IS ORDERED** that Defendant is sentenced to pay a total of $70.00. Defendant has requested to make payments on the total sum and shall do so by making payments of $23.00 per month. Her payments shall be made on or before the 30th day of each month beginning on March 30, 2017, and continuing thereafter until the $70.00 balance due is paid in full. Her final payment of $24.00 will be due on or before May 30, 2017.

Defendant shall send her payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

To ensure proper credit to his violation notice Defendant's payments shall reference the violation notice number identified above.

Alternatively, Defendant may make payments through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) she has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant, and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **FC** as the disposition code upon its receipt of the payment due.

DATED this 16 day of February, 2017.

_____
Jeremiah C Lynch
United States Magistrate Judge

c: USA
   Def
   CVB